```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF GEORGIA
                  COLUMBUS DIVISION
```

GUERBY DATILUS,                    *

    Petitioner,                *

vs.                                *
                                        CASE NO. 4:11-CV-166 (CDL)
ERIC HOLDER, et al.,               *

    Respondents.               *

ORDER ON RECOMMENDATION OF DISMISSAL

This matter is before the Court pursuant to a Recommendation of Dismissal by the United States Magistrate Judge entered on January 4, 2012. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 8th day of March, 2012.

                                                  s/Clay D. Land
                                                  CLAY D. LAND
                                                  UNITED STATES DISTRICT JUDGE